UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BMO HARRIS BANK N.A., | Case No. 21-11580 |
| Plaintiff, | Bernard A. Friedman |
| Plaintiffs, | U.S. District Judge |
| v. | |
| | David R. Grand |
| JAMES HAROLD DOCKERY, | U.S. Magistrate Judge |
| and LYNDON'S LLC, | |
| Defendants. | |
| _____/ | |

### ORDER GRANTING PLAINTIFF'S SECOND MOTION TO COMPEL (ECF No. 28)

Before the Court is plaintiff BMO Harris Bank N.A.'s ("BMO") Second Motion to Compel. (ECF No. 28). Despite the fact that no response was filed to this motion, the Court heard oral argument on this motion on October 12, 2022, when it held a hearing in a related case, *BMO Harris Bank N.A. v. Lamas Transport Inc.*, Case No. 20-12632 (the "Lamas Transport Action").[1]

For the detailed reasons discussed on the record and in the Court's October 13, 2022 Order in the Lamas Transport Action (Case No. 20-12632, ECF No. 38), **IT IS ORDERED** that BMO's Second Motion to Compel **(ECF No. 28)** is **GRANTED**. **Within 30 days of today's date**, defendants in this case, James Harold Dockery and Lydon's LLC, shall make a good faith effort to answer BMO's discovery fully and completely to the best of their

---

[1] The Court notes that just a few weeks ago, the parties submitted a stipulated order giving BMO additional time to complete discovery. (ECF No. 31).

ability, including providing proper signatures. Moreover, **defendants are expressly warned that the failure to follow the Court's orders or to fully participate in discovery may result in the imposition of an appropriate sanction, up to and including entry of a judgment in BMO's favor. Defendants are also warned that should they not timely respond to future motions, the Court may deem them not to oppose the relief requested therein.**

   IT IS SO ORDERED.

Dated: October 13, 2022       s/David R. Grand
Ann Arbor, Michigan        DAVID R. GRAND
               United States Magistrate Judge

### NOTICE TO THE PARTIES REGARDING OBJECTIONS

  The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

### CERTIFICATE OF SERVICE

  The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 13, 2022.

                  s/Julie Owens
                  JULIE OWENS
                  Case Manager